**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6915**

———————

TYRELL DAVRON ANDERSON,

Plaintiff - Appellant,

versus

WARDEN; FRANK C. SIZER, JR., Commissioner of
Corrections; CASE MANAGEMENT OF ROXBURY
CORRECTIONAL INSTITUTION; RODERICK R. SOWERS,
Warden,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge.
(CA-03-3342-AMD)

———————

Submitted: August 12, 2004          Decided: August 20, 2004

———————

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Tyrell Davron Anderson, Appellant Pro Se. Stephanie Judith Lane
Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland; Joseph Francis Curran, Jr., OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tyrell Davron Anderson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See Anderson v. Warden</u>, No. CA-03-3342-AMD (D. Md. May 3, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>